February 7, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-11-01049-CR                    V.

JAIME JAVIER CHAVEZ, Appellee
_____

Today the Court heard the State's motion to dismiss the appeal from the judgment signed by the court below on November 16, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.